UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIA COOPER | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:24-cv-00370-J |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC. and HALSTED FINANCIAL SERVICES, LLC | ) ) ) |
|     Defendants. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Tia Cooper asserts that all claims raised against Halsted Financial Services, LLC in this civil action have been settled and that Plaintiff's claims against Halsted Financial Services, LLC should be dismissed, with prejudice, and with each side to bear its own costs and attorney's fees.

Dated: July 17, 2024.

Respectfully submitted:

Law By JW, LLC
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _____
    JEFFREY A. WILSON

1

2

## CERTIFICATE OF SERVICE

I certify that on Wednesday, July 17, 2024, the foregoing document was served on all required parties via the ECF system.

/s/ Jeffrey A. Wilson
Jeffrey A. Wilson